01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. CR09-169-JCC
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )   SUMMARY REPORT OF U.S.
11  WALTER ANTHONY MOSES,                )   MAGISTRATE JUDGE AS TO
                                         )   ALLEGED VIOLATIONS
12          Defendant.                   )   OF SUPERVISED RELEASE
    _____  )

13

14          An initial hearing on supervised release revocation in this case was scheduled before me

15  on September 13, 2011.   The United States was represented by AUSA J. Tate London and the

16  defendant by Thomas W. Hillier.   The proceedings were digitally recorded.

17          Defendant had been sentenced on or about January 8, 2010 by the Honorable John C.

18  Coughenour on a charge of Theft by an Employee of a Gaming Establishment on Indian Land,

19  and sentenced to credit for time served, three years supervised release.

20          The conditions of supervised release included the standard conditions plus the

21  requirements that defendant abstain from the use of alcohol, not enter any establishment where

22  alcohol is the primary commodity for sale, participate in a substance abuse program, submit to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

search, participate in mental health treatment, participate in a home confinement program with electronic monitoring for 90 days, pay restitution in the amount of $19,994, provide his probation officer with access to financial information, and be prohibited from incurring new credit charges or opening new lines of credit.   (Dkt. 49.)

On January 20, 2011, defendant's probation officer reported that he had violated supervision by consuming alcohol and failing to make monthly restitution payments as directed.   Defendant agreed to pay restitution payments on time by directing his per capital money received from the tribe toward the debt and participate in the Moral Reconation Therapy Program through Tulalip Tribal Services.   No further action was taken at the time. (Dkt. 50.)

In an application dated August 8, 2011 (Dkt.52, 53), U.S. Probation Officer Angela M. McGynn alleged the following violations of the conditions of supervised release:

1.      Failing to comply with substance abuse treatment as directed on or before July 27, 2011, in violation of the special condition that requires the defendant to participate in substance abuse treatment as directed by the probation office.

2.      Failing to pay restitution as directed, in violation of the special condition that requires the defendant to pay $19,994 in restitution to the victim.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition.   The next hearing will be set before Judge Coughenour.

01      Pending a final determination by the Court, defendant has been released on supervision.

02      DATED this 13th day of September, 2011.


                                        _____
                                        Mary Alice Theiler
05                                      United States Magistrate Judge

06

07

08  cc:     District Judge:            Honorable John C. Coughenour
            AUSA:                      J. Tate London
09          Defendant's attorney:      Thomas W. Hillier
            Probation officer:         Angela M. McGynn

10

11

12

13

14

15

16

17

18

19

20

21

22


SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3